NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee*

**v.**

**BRADLEY LANE CROFT,**
*Defendant-Appellant*

---

2023-1200

---

Appeal from the United States District Court for the Western District of Texas in No. 5:18-cr-00603-DAE-1, Senior Judge David A. Ezra.

---

PER CURIAM.

## O R D E R

Bradley Lane Croft appeals from an order of the United States District Court for the Western District of Texas denying him a new criminal trial. This is a court of limited jurisdiction, which does not include jurisdiction over criminal cases. 28 U.S.C. § 1295. Any appeal lies with the United States Court of Appeals for the Fifth Circuit.

Accordingly,

2                                                                                US v. CROFT

IT IS ORDERED THAT:

This appeal is transferred to the United States Court of Appeals for the Fifth Circuit.

FOR THE COURT

December 21, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc:  United States District Court for the Western District of Texas